UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-14002-TP-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

HERMAN MISLA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a preliminary and a final hearing in respect to a Petition Alleging Violations of Supervised Release dated November 24, 2014.

**THE MATTER** was heard by Magistrate Judge Frank J. Lynch Jr, on December 3, 2014. A Report and Recommendation was filed [ECF No. 32], recommending that this Court find that the Defendant has violated the conditions of his supervised release in respect to violation numbers 1 and 2 as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a *de novo* review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation on Defendant's preliminary and final hearing to the Violation as set forth in the Petition for Violation of Supervised Release of United States Magistrate Judge Frank J. Lynch Jr, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1 and 2 as set forth in the Petition for Warrant or Summons for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of December, 2014.

                                                    JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office